# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT W. VIDA,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | Case No. 2:17-cv-02567-APG-CWH<br><br>**ORDER DISMISSING CASE**<br><br>(ECF No. 21) |

The plaintiff has filed a Notice of Voluntary Dismissal that contains various errors. ECF No. 21. For instance, contrary to the plaintiff's statement, defendant Equifax an answer to the complaint. Therefore, pursuant to Federal Rule of Civil Procedure 41(a), the plaintiff cannot voluntarily dismiss his complaint and cannot direct the clerk to enter dismissal without either a stipulation or a court order. Further, the plaintiff's notice incorrectly implies that there are other defendants still active in this case. Equifax is the only remaining defendant.

Because the plaintiff and Equifax have settled their dispute (ECF No. 13), I hereby dismiss all of the plaintiff's claims against Equifax. The clerk of court shall enter judgment accordingly and shall close this case.

DATED this 30th day of January, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE